IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LOWELL EDWARD JACKSON,

    Petitioner,

v.

CHUCK E. ATKINS,
SHERIFF CLARK COUNTY,

    Respondent.

Civil No. 6:17-cv-01966-BR

OPINION AND ORDER

BROWN, Judge.

Petitioner, an inmate at the Oregon State Penitentiary, brings this habeas corpus action *pro se*. Although he is incarcerated here in Oregon, Petitioner seeks to challenge the execution of an order entered in a Clark County Superior Court criminal case against Petitioner.

Based on the foregoing, the Court finds Petitioner could have brought his petition for writ of habeas corpus in the United States District Court for the Western District of Washington, and that a

1 - OPINION AND ORDER -

transfer of this action to that court would be in the interests of justice. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, (1973); *Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990); 28 U.S.C. § 1631. Accordingly, IT IS ORDERED that the Clerk of the Court is DIRECTED to TRANSFER this action to the United States District Court for the Western District of Washington.

IT IS SO ORDERED.

DATED this 20th day of December, 2017.

_____
ANNA J. BROWN
United States Senior District Judge